UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NERISSA EUBANKS

   Plaintiff,

vs.

BRICKSTONE PROPERTIES, LLC,
*et al.*,

   Defendants.

Case No. 1:14-cv-754

Judge Timothy S. Black
Magistrate Judge Stephanie K. Bowman

### DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on October 1, 2014 submitted a Report and Recommendation. (Doc. 4). Plaintiff timely filed an objection. (Doc. 7).[1]

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] Plaintiff fails to make any substantive objection to the Report and Recommendations. (Doc. 7). However, Plaintiff does move for "more time to properly prepare [a] complaint and state [a] claim for relief." (Doc. 8). Plaintiff may not amend her complaint to avoid a *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2). *Benson v. O'Brian*, 179 F.3d 1014, 1016 (6th Cir. 1999). Accordingly, Plaintiff's motion for an extension of time and/or leave to amend her complaint (Doc. 8) is **DENIED**.

determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

> This case is **DISMISSED** with prejudice and closed, pursuant to 28 U.S.C. § 1915(e).

**IT IS SO ORDERED.**

Date: 11/4/14

Timothy S. Black
United States District Judge